1  EILEEN M. DECKER
   United States Attorney
2  DOROTHY A. SCHOUTEN
3  Assistant United States Attorney
   Chief, Civil Division
4  FRANCESCO P. BENAVIDES, CSBN 258924
5  Special Assistant United States Attorney
        Social Security Administration
6       160 Spear St., Suite 800
7       San Francisco, CA  94105
        Telephone:  (415) 977-8978
8       Facsimile:  (415) 744-0134
9       Email:  Francesco.Benavides@ssa.gov
10 Attorneys for Defendant

11                  UNITED STATES DISTRICT COURT
12                 CENTRAL DISTRICT OF CALIFORNIA
                        SOUTHERN DIVISION
13

14 MARY E. OSTEEN,                   ) Case No. SACV 8:15-cv-01832 GJS
15                                   )
        Plaintiff,                   ) [PROPOSED]
16                                   ) JUDGMENT OF REMAND
17           v.                      )
                                     )
18 CAROLYN W. COLVIN, Acting         )
19 Commissioner of Social Security,  )
                                     )
20                                   )
        Defendant.                   )
21                                   )

22      The Court having approved the parties' Stipulation to Voluntary Remand

23 Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment

24 ("Stipulation to Remand") lodged concurrent with the lodging of the within

25 Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND**

26 **DECREED** that the above-captioned action is remanded to the Commissioner of

27 Social Security for further proceedings consistent with the Stipulation to Remand.

28
   DATED: May 17, 2016

                                     _____
                                     HON. GAIL J. STANDISH
                                     UNITED STATES MAGISTRATE JUDGE

                                    -1-